In the Matter of the Assignment of RAPHAEL LEWENTHAL *et al.* to ADOLPH M. PETSHAW for the Benefit of Creditors.

[SPECIAL TERM.]

(Decided October 10th, 1878.)

An assignee for the benefit of creditors and the sureties on his bond will be discharged only upon a proceeding for an accounting instituted by citation, of which all persons interested in the estate, even though they have signed releases, must have notice.

The assignee must advertise for claims before he can be discharged by reason of a compromise between the assignor and the creditors.

APPLICATION by an assignee under a general assignment for the benefit of creditors for a reference of his accounts, and for the discharge thereupon of himself and the sureties on his bond.

The application was made upon the petition of the assignee, with affidavits by the assignors, showing the making of the assignment, the filing of schedules, inventory, and bond of the assignee, proof of claims by all the creditors, a compromise between the creditors and the assignors, and the execution of releases by all the creditors to the assignors.

J. F. DALY, J.—No discharge will be granted the assignee except upon a proceeding for an accounting to be instituted by citation. The statute is clear upon this point. The assignee must apply by petition for a citation to all persons interested in the estate, to attend the settlement of his accounts, and all parties, whether they have signed releases or not, must be notified.

Advertisement for claims must be made where the assignee seek relief by reason of a compromise between the assignor and the creditors.

Application denied.